## COTTLE AND WHITMAN v. COMMONWEALTH.

(Decided September 26, 1930.)

Lester Hogge for movant.

J. W. Cammack, Attorney General, and Samuel B. Kirby, Jr., Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail each.

Appeal denied; judgment affirmed.

## CRABTREE v. COMMONWEALTH.

(Decided September 26, 1930.)

John D. Atkinson and Marion Atkinson for movant.

J. W. Cammack, Attorney General, and Douglas C. Vest for the Commonwealth.

## HELTON v. COMMONWEALTH.

(Decided September 26, 1930.)

V. A. Jordan and Hiram H. Owens for movant.

J. W. Cammack, Attorney General, and Douglas C. Vest for the Commonwealth.

PER CURIAM. Judgment of conviction for shooting and wounding in sudden heat or passion, imposing a fine of $250 and 6 months in jail.

Appeal denied; judgment affirmed.